UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFERY TILSON,

   Plaintiff,

-vs-                           CASE NO.:  8:17-CV-01328-SDM-AEP

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION,

   Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

     Plaintiff, Jeffery Tilson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

     I hereby certify that on August 17, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Joshua H. Threadcraft, Esq., and Megan Stephens, Esq., Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL   35203 (joshua.threadcraft@burr.com; mstephens@burr.com; jcarlin@burr.com; lclay@burr.com).

*/s/Frank H. Kerney, III, Esquire*_____
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
mbradford@forthepeople.com
Counsel for Plaintiff