UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY TILSON,

    Plaintiff,

v.                               CASE NO. 8:17-cv-1328-T-23AEP

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION,

    Defendant.
_____/

## ORDER

The plaintiff announces (Doc. 15) the settlement of this action.  Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final judgment or dismissal or (2) to move to vacate the dismissal for good cause.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on August 18, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE