UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFERY TILSON,

   Plaintiff,

-vs-                                           CASE NO.:  8:17-CV-01328-SDM-AEP

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Jeffery Tilson, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of August, 2017.

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
mbradford@forthepeople.com
Counsel for Plaintiff

/s/Joshua H. Threadcraft, Esquire
Joshua H. Threadcraft, Esquire
Florida Bar #: 96153
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 413-8701
Joshua.Threadcraft@burr.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Joshua H. Threadcraft, Esq., and Megan Stephens, Esq., Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203 (joshua.threadcraft@burr.com; mstephens@burr.com; jcarlin@burr.com; lclay@burr.com).

                                                        */s/Frank H. Kerney, III, Esquire*
                                                        Frank H. Kerney, III, Esquire
                                                        Florida Bar #: 88672