UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY TILSON,

    Plaintiff,

v.                                CASE NO. 8:17-cv-1328-T-23AEP

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 17), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on September 1, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE